**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    Sandra R. Fickett | Related Bankruptcy Case: 16–30774 |
| | Chapter 7 |
| Debtor | Judge Elizabeth D. Katz |
| Gary M. Weiner | Adversary Proceeding: 17–03013 |
| Plaintiff | |
| vs. | |
| Heather M Wood and Jose F. Dias | |
| Defendant | |

## NOTICE OF DEFAULT

Pursuant to the provisions of MLBR 7055–1, it appearing that the defendant has failed to plead or otherwise defend, it is **ORDERED** that the defendant be and hereby is defaulted.

Upon application by plaintiff for entry of a default judgment, together with the proposed judgment, this matter will be presented to the court for final action.

Date:9/13/18                                                                                          By the Court,

                                                                                                       <u>Audrey Godere</u>
                                                                                                       Deputy Clerk
                                                                                                       413–785–6905